**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DIMITRI DEVON GALES, | ) | NO. CV 16-2406-PA (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SCOTT KERNAN, et. al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 11, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE